JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ANDY CERVANTES SANCHEZ, <br> Petitioner, <br> v. <br> BRIAN BIRKHOLZ, Warden, <br> Respondent. | No. 5:25-cv-01140-KK-BFM <br><br> **JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: December 5, 2025

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE